**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CENTRAL DAUPHIN SCHOOL DISTRICT, | : | No. 287 MAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| VALERIE HAWKINS, FOX 43 NEWS AND | : | |
| THE COMMONWEALTH OF | : | |
| PENNSYLVANIA, OFFICE OF OPEN | : | |
| RECORDS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by Petitioner, is:

Whether the Commonwealth Court committed reversible error by ordering disclosure and mandating redaction of a student education record that is exempt from public access under state and federal law – specifically, FERPA and Section[s] 102 and 305(a) of the Pennsylvania Right-to-Know-Law?